**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Richmond___ Division**

| | |
|---|---|
| IN RE:<br>James Henry Call<br>Terrie Mace Call,<br>_____Debtor. | Case No.: 13-30686-KRH<br><br>Chapter 13 |
| James Henry Call<br>Terrie Mace Call,<br><br>                    Plaintiffs,<br><br>v.<br><br>OneMain Financial, Inc., F/K/A CitiFinancial, Inc. ,<br>Kimberly Rice and Beth Shaffer, TRUSTEES<br>                    Defendants | <br><br><br><br><br><br>Adversary Proceeding No. 15-03386-KRH |

<u>AFFIDAVIT OF COUNSEL WITH RESPECT TO DEFAULT OF
DEFENDANT OneMain Financial, Inc., F/K/A CitiFinancial, Inc.,AND  Kimberly Rice
and Beth Shaffer, Trustees</u>

Richard J. Oulton, counsel for Plaintiff(s), does depose and state under penalty of perjury as follows:

1. I am counsel for the Plaintiff(s) James Henry Call and Terrie Mace Call  in the above-entitled adversary proceeding against the defendants, OneMain Financial, Inc., F/K/A CitiFinancial, Inc., and  Kimberly Rice and Beth Shaffer, Trustees, (the "Defendants").

2. The Complaint to Determine Validity, Extent and Priority of Lien (the "Complaint") initiating this action was filed on July 15, 2015.

3. The Summons and Notice in the Adversary Proceeding ("the "Summons") was issued by the Clerk of this Court on July 17, 2015.

4. Pursuant to the Summons and rule 7012 of the Federal Rules of Bankruptcy Procedure, Defendants were required to file a responsive pleading within thirty (30) days after the issuance of the Summons, i.e. on or before August 17, 2015.

5. Defendants are residents or have designated offices in the Commonwealth of Virginia or are authorized to do business or are doing business in the Commonwealth of Virginia.

6. On July 17, 2015, Plaintiff effectuated service of the Summons and the Complaint on Defendant OneMain Financial, Inc., F/K/A CitiFinancial, Inc. by mailing via first class and/or certified mail, return receipt, postage prepared to the last known or registered address of the defendant.

7. On July 17, 2015, Plaintiff effectuated service of the Summons and the Complaint on Defendant Kimberly Rice and Beth Shaffer, Trustees by mailing via first class and/or certified mail, return receipt, postage prepared to the last known or registered address of the defendant.

8. The Summons and Certificate of Service were filed with this Court and are attached as **Exhibit B**.

9. OneMain Financial, Inc., F/K/A CitiFinancial, Inc., and Kimberly Rice and Beth Shaffer, Trustees have failed to file an answer or other responsive pleading on or before the deadline and are thereby in default.

10. To the best of my knowledge and belief, none of the Defendants are serving in active duty of the Armed forces of the United States, and are not infants or incompetent persons.

Date: August 18, 2015

By:\_\_\_/s/ Richard J. Oulton_____
Richard J. Oulton VSB#29640
*Counsel for Debtor/Plaintiff*
AMERICA LAW GROUP, INC..
8501 Mayland Drive, Suite 106
Henrico, VA 23294
Ph: 804-308-0053